UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO. 11-60125-Cr-Marra/Hopkins

UNITED STATES OF AMERICA,

Plaintiff,

v.

HOWARD KUSNICK,

Defendant.

_____/

## STIPULATED STATEMENT OF FACTS

If this matter were to proceed to trial, the government would prove by evidence, including

witness testimony, documents, and other evidence that, from in or about September 2009 through in

or about October 2009, in Broward County in the Southern District of Florida and elsewhere,

defendant **HOWARD KUSNICK** (hereinafter referred to as "**KUSNICK**") conspired with Scott

Rothstein (hereinafter referred to as "ROTHSTEIN) to engage in a scheme to defraud a client of their

law firm, Rothstein, Rosenfeldt, and Adler (hereinafter referred to as "RRA") by falsely claiming to

have settled a lawsuit in favor of the client, when, in fact, no such law suit existed, in violation of

Title 18, United States Code, Section 371 as charged in Count 1 of the Information.

The government's evidence would establish that KUSNICK and ROTHSTEIN were partners

in RRA. In or about 2009 Clients 1 and 2 hired Rothstein and members of RRA to pursue litigation

against a general contractor and subcontractors who were building a single family residence for Clients 1

and 2. Pursuant to that representation, Rothstein filed a lawsuit against the general contractor on behalf

1

of Clients 1 and 2. Thereafter Rothstein settled the lawsuit, without the consent of Clients 1 and 2. Rothstein, on behalf of Clients 1 and 2, and without their consent, agreed that they would pay the general contractor approximately $500,000. In order to perpetrate a fraud, Rothstein falsely informed Clients 1 and 2 that they had won their lawsuit against the general contractor and further falsely informed them that the general contractor owed Clients 1 and 2 approximately $20 million. Rothstein then falsely informed Clients 1 and 2 that, in order to collect the $20 million judgment that Rothstein had purportedly won on behalf of Clients 1 and 2 from the general contractor, Clients 1 and 2 were required to post a bond totaling two and one-half times the judgment amount. During in or about 2009, Clients 1 and 2 paid Rothstein approximately $57 million which Clients 1 and 2 believed was being used to post a bond in furtherance of collecting the purported $20 million judgment.

In order to appease Clients 1 and 2, Rothstein needed to show Clients 1 and 2 that he was pursuing litigation against a number of subcontractors. In or about September 2009 Rothstein solicited KUSNICK to also pose as counsel for a subcontractor (hereinafter referred to as "Subcontractor 1") which Rothstein claimed to have sued on behalf of Clients 1 and 2. In or about September 2009, Rothstein forwarded to KUSNICK an e-mail requesting that KUSNICK create a letter falsely purporting that Subcontractor 1 agreed to settle its litigation by paying $310,000 to Clients 1 and 2. KUSNICK directed a legal assistant at RRA to create a letterhead for a law firm entitled "Howard KUSNICK and Associates" and to use KUSNICK'S home address as the address of the law firm. The fraudulent letter was placed on the letterhead titled "Howard KUSNICK and Associates," and that the letter was backdated to June 2009. KUSNICK signed the fraudulent settlement letter on behalf of Subcontractor 1 purporting to resolve the non-existent litigation in favor of Clients 1 and 2. In furtherance of the scheme and to achieve the purpose and object thereof, in or about September 2009, KUSNICK then caused the fraudulent settlement letter to be forwarded to Rothstein, and Rothstein then forwarded the fraudulent

I have read the Stipulated Statement of Facts set forth above.  I believe that the above-stated facts set forth all the elements for the offense of conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 371 as charged in Count 1 of the Information.  I agree with all the facts set forth in the Stipulated Statement of Facts.

Date:  6/14/11

KENDALL COFFEY
ATTORNEY FOR DEFENDANT

Date: 5/23/11

JOSHUA RYDELL
ATTORNEY FOR DEFENDANT

Date: 5/26/11

HOWARD KUSNICK
DEFENDANT

4

letter to Clients 1 and 2.   In order to avoid detection of the fraudulent scheme, Rothstein, without

Kusnick's prior knowledge, directed that KUSNICK'S name be taken off of the firm's web site and that

employees at RRA who answered the telephone state that KUSNICK did not work at RRA.   As

KUSNICK well knew, he did not represent Subcontractor 1 and that the settlement letter was fraudulent.


This is some of the evidence the government would present if this matter were to proceed to

trial.   The above-described events occurred from in or about September 2009 and continuing

through in or about October 2009, in Broward County in the Southern District of Florida and

elsewhere.


Date: 6/13/11

Date: 13 June 11

Date: 6/13/11

WIFREDO A. FERRER
UNITED STATES ATTORNEY


JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY


LAWRENCE LAVECCHIO
ASSISTANT UNITED STATES ATTORNEY


PAUL SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY